UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherbly Wayne Gordon,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Dr. Elloyhim,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:21-cv-01346-JO-JLB<br><br>**ORDER DENYING MOTION FOR IFP AS MOOT, DENYING MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE, AND EXTENDING TIME FOR SERVICE FOR GOOD CAUSE** |

On July 26, 2021, Plaintiff Sherbly Wayne Gordon, incarcerated at the Richard J. Donovan Correctional Facility in San Diego, California, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 1 ("Complaint"). Plaintiff alleges that Defendant Dr. Elloyhim refused his request for mental health services when he complained of suicidal thoughts. *See id.* at 3-4.

On August 11, 2021, the Court granted Plaintiff's motion to proceed *in forma pauperis* ("IFP") and directed the U.S. Marshal to effect service on Defendant in accordance with Plaintiff's completed U.S. Marshall Form 285 ("Form 285"). Dkt. 5 ("IFP

Order"). A summons was issued, and the Court provided Plaintiff with a blank Form 285, a certified copy of the IFP Order, a certified copy of the Complaint, and the summons (collectively, the "IFP Package"). The Court ordered Plaintiff to return the IFP Package and the completed Form 285 to the U.S. Marshal. *Id.* Plaintiff did not return the IFP Package to the U.S. Marshal, and Plaintiff failed to serve Defendant within 90 days of filing the Complaint pursuant to Fed. R. Civ. P. 4(m).

This action was transferred to the undersigned on January 7, 2022. Dkt. 7. On January 28, 2022, the Court ordered Plaintiff to show cause why the Complaint should not be dismissed for failure to prosecute. Dkt. 8 ("OSC"). The Court stated that failure to respond by April 28, 2022 to the OSC will result in dismissal of the action.

On February 9, 2022, Plaintiff filed another motion to proceed IFP. Dkt. 9. On March 4, 2022, Plaintiff filed a motion to appoint counsel. Dkt. 11.

## I.  DISCUSSION

### A.  Motion to Proceed IFP

In light of the August 11, 2021 IFP Order granting Plaintiff's motion to proceed IFP, Plaintiff's new motion to proceed IFP (Dkt. 9) is DENIED as moot.

### B.  Request for Appointment of Counsel

There is no right to counsel in civil cases, and district courts may appoint counsel only under "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both 'likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision." *Id*.

On this early record, the Court does not find that there is a likelihood of success on the merits. Therefore, the Court DENIES without prejudice Plaintiff's motion for appointment of counsel (Dkt. 11).

However, the Court finds good cause under Fed. R. Civ. P. 4(m) to extend the time for Plaintiff to complete service in light of the Court's OSC. *See* Fed. R. Civ. P. 4(m). Accordingly, the Court extends the deadline for Plaintiff to return the IFP Package to the U.S. Marshall to on or before **April 14, 2022**.

## II.   CONCLUSION

For the reasons discussed above, the Court hereby:

1. DENIES as moot Plaintiff's motion to proceed IFP (Dkt. 9).
2. DENIES without prejudice Plaintiff's motion for appointment of counsel (Dkt. 11).
3. DIRECTS the Clerk to provide Plaintiff with another IFP Package containing a blank Form 285, a certified copy of the IFP Order, a certified copy of his Complaint, and the summons.
4. DIRECTS Plaintiff, upon receipt of the IFP Package, to complete the Form 285 as completely and accurately as possible (including an address where Defendant may be served) and return the IFP Package to the U.S. Marshal on or before April 14, 2022, according to the instructions the Clerk provides in the letter accompanying the IFP package. If Plaintiff fails to return the completed IFP Package to the U.S. Marshall by April 14, 2022, or otherwise fails to show cause by April 28, 2022, the Court will dismiss Plaintiff's Complaint for failure to prosecute.
5. DIRECTS the U.S. Marshal to serve a copy of the Complaint and summons upon Defendant as directed by Plaintiff on the completed Form 285. All costs of that service will be advanced by the United States. *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

//
//
//

1 **IT IS SO ORDERED**.

3 Dated:  March 9, 2022

Honorable Jinsook Ohta
United States District Judge